UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CACI, INC. – FEDERAL,<br><br>                          Plaintiff**,**<br><br>   v.<br><br>BAO-TRAN X. NGO,<br>     Aka CJ Ngo,<br><br>                          Defendant**.** | Case No. 1:17-cv-988 |

**EMERGENCY NOTICE OF HEARING ON PLAINTIFF'S EMERGENCY
MOTION FOR TEMPORARY RESTRAINING ORDER**

Please take notice that Plaintiff will bring on for hearing its Emergency Motion for Temporary Restraining Order, accompanying Memorandum in Support and proposed Order to enjoin Defendant Bao-Tran X. Ngo from violating the Defendant Trade Secrets Act, the Virginia Uniform Trade Secrets Act, and her employment agreement covenants, before a District Judge of the United States District Court for the Eastern of Virginia, located at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, in Alexandria, Virginia, on the 6th day of September at _____ or at such other time as this matter can be heard.

1

Dated: September 5, 2017

Respectfully submitted,

**CACI, INC. – FEDERAL**

  /s/
_____
Linda Jackson (VSB No. 37706)
Dana Finberg (VSB No. 34977)
Arent Fox LLP
1717 K Street, NW
Washington, DC  20006-5344
Ph: 202.857.6000
Fax:  202.857.6395
linda.jackson@arentfox.com
dana.finberg@arentfox.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Emergency Notice of Hearing on Plaintiff's Emergency Motion for Temporary Restraining Order was sent to a process server this 5th day of September 2017 for same day hand delivery upon the Defendant at the address listed below. The undersigned also certifies that a copy of the Emergency Notice of Hearing on Plaintiff's Emergency Motion for Temporary Restraining Order was sent to Defendant by email to the email addresses listed below on this 5th day of September 2017.

      Bao-Tran "CJ" X. Ngo
      42516 Legacy Park Dr,
      Ashburn, Va. 20148
      btxngo@yahoo.com
      cj.x.ngo@gmail.com

Dated: September 5, 2017          Respectfully submitted,

                **CACI, INC. – FEDERAL**

                /s/
                Linda Jackson (VSB No. 37706)
                Dana Finberg (VSB No. 34977)
                Arent Fox LLP
                1717 K Street, NW
                Washington, DC 20006-5344
                Ph: 202.857.6000
                Fax: 202.857.6395
                linda.jackson@arentfox.com
                dana.finberg@arentfox.com

                *Attorneys for Plaintiff*