UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CACI, INC. – FEDERAL,** | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-988 |
| **BAO-TRAN X. NGO,**<br>Aka CJ Ngo, | |
| Defendant. | |

**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff CACI, INC. – FEDERAL ("CACI"), by counsel, pursuant to Rule 5 of the Local Civil Rules, respectfully moves the Court for an order granting CACI's Motion to File Under Seal Exhibits D through AA, attached to the Declaration of John Mengucci, which is itself attached to the Memorandum in Support of CACI's Emergency Motion for Temporary Restraining Order. Paper copies of Exhibits D through AA sought to be filed under seal will be delivered to the presiding District Judge as required by Local Civil Rule 5. The grounds and bases for this Motion are set forth in the accompanying Memorandum in Support of this Motion to File Documents Under Seal.

Dated: September 5, 2017								Respectfully submitted,

                     **CACI, INC. – FEDERAL**

                     /s/
                     Linda Jackson (VSB No. 37706)
                     Dana Finberg (VSB No. 34977)
                     Arent Fox LLP
                     1717 K Street, NW
                     Washington, DC  20006-5344
                     Ph: 202.857.6000
                     Fax:  202.857.6395
                     linda.jackson@arentfox.com
                     dana.finberg@arentfox.com

                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that copies of the foregoing Plaintiff's Motion to File Documents Under Seal and the accompanying Proposed Order were sent to a process server this 5th day of September 2017 for same day hand delivery upon the Defendant at the address listed below.  The undersigned also certifies that copies of Plaintiff's Motion to File Documents Under Seal and the accompanying Proposed Order were sent to Defendant by email to the email addresses listed below on this 5th day of September 2017.

          Bao-Tran "CJ" X. Ngo
          42516 Legacy Park Dr,
          Ashburn, Va. 20148
          btxngo@yahoo.com
          cj.x.ngo@gmail.com

Dated: September 5, 2017          Respectfully submitted,

          **CACI, INC. – FEDERAL**

          /s/
          Linda Jackson (VSB No. 37706)
          Dana Finberg (VSB No. 34977)
          Arent Fox LLP
          1717 K Street, NW
          Washington, DC  20006-5344
          Ph: 202.857.6000
          Fax:  202.857.6395
          linda.jackson@arentfox.com
          dana.finberg@arentfox.com

          *Attorneys for Plaintiff*