UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CACI, INC. – FEDERAL,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**BAO-TRAN X. NGO,**<br>      Aka CJ Ngo,<br><br>                              Defendant. | Case No. 1:17-cv-988 |

**PLAINTIFF'S EMERGENCY NOTICE OF APPLICATION
FOR TEMPORARY RESTRAINING ORDER**

Plaintiff CACI, INC. – FEDERAL, by counsel, certifies that it is providing notice to Defendant of its application for a temporary restraining order. On this date, counsel for Plaintiff gave to a process server for immediate service on Defendant at her home address its papers requesting this relief, together with notice of the time and date upon which Plaintiff intends to appear before the Court, subject to the Court's schedule to set a hearing, to request the issuance of a temporary restraining order. Counsel for Plaintiff also sent copies of its Emergency Motion for Temporary Restraining Order and all accompanying papers, including the Notice of Hearing, to Defendant by email. Plaintiff is not requesting that the Court issue a temporary restraining order without notice pursuant to Rule 65(b)(1).

Dated:  September 5, 2017   Respectfully submitted,

**CACI, INC. – FEDERAL**


  /s/
Linda Jackson (VSB No. 37706)
Dana Finberg (VSB No. 34977)
Arent Fox LLP
1717 K Street, NW
Washington, DC  20006-5344
Ph: 202.857.6000
Fax:  202.857.6395
linda.jackson@arentfox.com
dana.finberg@arentfox.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Plaintiff's Emergency Notice of Application for Temporary Restraining Order was sent to a process server this 5th day of September 2017 for same day hand delivery upon the Defendant at the address listed below. The undersigned also certifies that a copy of Plaintiff's Emergency Notice of Application for Temporary Restraining Order sent to Defendant by email to the email addresses listed below on this 5th day of September 2017.

    Bao-Tran "CJ" X. Ngo
    42516 Legacy Park Dr,
    Ashburn, Va. 20148
    btxngo@yahoo.com
    cj.x.ngo@gmail.com

Dated: September 5, 2017                Respectfully submitted,

                                                **CACI, INC. – FEDERAL**

                                                /s/
                                         Linda Jackson (VSB No. 37706)
                                         Dana Finberg (VSB No. 34977)
                                         Arent Fox LLP
                                         1717 K Street, NW
                                         Washington, DC  20006-5344
                                         Ph: 202.857.6000
                                         Fax:  202.857.6395
                                         linda.jackson@arentfox.com
                                         dana.finberg@arentfox.com

                                         *Attorneys for Plaintiff*