UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CACI, INC. – FEDERAL,<br><br>                                  Plaintiff,<br><br>     v.<br><br>BAO-TRAN X. NGO,<br>  Aka CJ Ngo,<br><br>                                Defendant. | Case No. 1:17-cv-988 |

### ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

This matter comes before the Court on the Emergency Motion for *Ex Parte* Temporary Restraining Order, submissions, and declaration filed by plaintiff CACI, INC. – FEDERAL ("CACI") (the "Emergency Motion"). The Court conducted a hearing on the Emergency Motion on September 6, 2017. It appearing to the Court that the Motion should be granted, it is hereby

**ORDERED** that Defendant, Bao-Tran X. Ngo ("Ngo") is prohibited from accessing, using, copying, divulging, disseminating, disclosing, altering, destroying or deleting any trade secrets, proprietary and/or confidential information, e-mails, or property of CACI, including information taken without authorization from CACI's premises and computer systems, until further order of this Court.

This Order shall be in full force and effect until September 8, 2017 at 12:00 P.M., and this matter is **CONTINUED** for a hearing on CACI's request for a preliminary injunction on September 8, 2017 at 10:00 A.M. in Courtroom 800.

1

It is so **ORDERED**.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

ISSUED ON September 6, 2017

at 2:00 a.m./p.m.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Proposed Order on Plaintiff's Emergency Motion for Temporary Restraining Order was sent to a process server this 6th day of September 2017 for same day hand delivery upon the Defendant and by next day delivery via FedEx to the address listed below. The undersigned also certifies that a copy of Proposed Order on Plaintiff's Emergency Motion for Temporary Restraining Order was sent to Defendant by email to the email addresses listed below on this 6th day of September 2017.

> Bao-Tran "CJ" X. Ngo
> 42516 Legacy Park Dr,
> Ashburn, Va. 20148
> btxngo@yahoo.com
> cj.x.ngo@gmail.com

Dated: September 6, 2017

Respectfully submitted,

CACI, INC. – FEDERAL

/s/
Linda Jackson (VSB No. 37706)
Dana Finberg (VSB No. 34977)
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
Fax: 202.857.6395
linda.jackson@arentfox.com
dana.finberg@arentfox.com

*Attorneys for Plaintiff*