IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CACI, INC. - FEDERAL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:17-cv-988 |
| BAO-TRAN X. NGO, Aka CJ Ngo, | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Request for a Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that the Temporary Restraining Order entered on September 6, 2017, is extended on the same Terms and Conditions until further order of the Court.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 11, 2017